Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ Chapter __**7**__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **National Diversity Council** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

7 1 – 1 0 3 7 6 1 2

**4. Debtor's address**

**Principal place of business**

Po Box 671461
Number        Street

Dallas, TX 75267-1461
City                          State        ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **National Diversity Council** _____ Case number _(if known)_ _____

      Name

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. _Check all that apply:_

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. _Check all that apply:_

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____

                                        MM / DD / YYYY

             District _____ When _____ Case number _____

                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

             District _____ When _____

                                           MM / DD / YYYY

             Case number, if known _____

Debtor  **National Diversity Council**_____  Case number *(if known)* _____
       Name

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other |
| | **Where is the property?** _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City                                          State      ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

**Statistical and administrative information**

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **National Diversity Council**                                    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **16. Estimated liabilities** | |

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**　　Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/17/2025**
　　　　　　　　MM/ DD/ YYYY

**X** /s/ Dawn Hooper                                    Dawn Hooper
Signature of authorized representative of debtor          Printed name

Title　　**Contracted Interim ED & CFO**

**18. Signature of attorney**

**X**　　　　　**/s/ Susan Tran Adams**　　　　Date **03/17/2025**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Susan Tran Adams**
Printed name

**TRAN SINGH, LLP**
Firm name

**2502 La Branch St.**
Number　　　Street

**Houston**　　　　　　　　　　**TX**　　**77004**
City　　　　　　　　　　　　　　State　　ZIP Code

_____          **stran@ts-llp.com**
Contact phone                      Email address

**24075648**　　　　　　　　　**TX**
Bar number　　　　　　　　　　State

Fill in this information to identify the case:

Debtor Name **National Diversity Council**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2.  **Cash on hand**        _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Comerica Bank | Checking account | 0 2 2 3 | $19,652.63 |
| 3.2. | Comerica Bank | Checking account | 2 1 4 4 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

    4.1 _____ _____

    4.2 _____ _____

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $19,652.63 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1 _____ _____

Debtor      **National Diversity Council**                                      Case number *(if known)* _____
             Name

---

7.2  _____        _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1  _____   _____

     8.2  _____   _____

9.   **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.                      | _____ |

| Part 3: | Accounts receivable |
|---------|---------------------|

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|--|

11.  **Accounts receivable**

     11a. 90 days old or less:  _____ - _____ =.....➔   _____
                                 face amount         doubtful or uncollectible accounts

     11b. Over 90 days old:     **$107,267.50** - **$107,267.50** =.....➔   **$0.00**
                                 face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | **$0.00** |

| Part 4: | Investments |
|---------|-------------|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|--|--|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____        _____   _____

     14.2 _____        _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                 % of ownership:

     15.1 _____  _____   _____   _____

     15.2 _____  _____   _____   _____

---

Debtor    **National Diversity Council**                          Case number *(if known)* _____
          Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          [                    ]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                          [                    ]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

Debtor   **National Diversity Council**
<br>Name

Case number *(if known)* _____

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor   **National Diversity Council**   Case number *(if known)* _____
         _____
         Name

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| _____ |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor   **National Diversity Council**                         Case number *(if known)* _____

Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____   _____   _____   _____   _____

48.2 _____   _____   _____   _____   _____

49. **Aircraft and accessories**

49.1 _____   _____   _____   _____   _____

49.2 _____   _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____   _____   _____   _____   _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Debtor     **National Diversity Council**                              Case number *(if known)* _____
           _____
           Name

---

| 57. | **Is a depreciation schedule available for any of the property listed in Part 9?** |
|---|---|

☑ No
☐ Yes

| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Various National Diversity Council Logos | unknown | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| https://nationaldiversitycouncil.org/ and others | unknown | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| Programmatic Events, NDC Toolkit, NDC Index, All Existing certificate and learning programs, Partner and Customer Data (Current Offer of $100,000) | $250,000.00 | | $100,000.00 |
| 65. **Goodwill** | | | |
| | | | |

| 66. | **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | $100,000.00 |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

---

Debtor   **National Diversity Council**                              Case number *(if known)* _____
                 Name

---

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**

Description (include name of obligor)

_____   –   _____   = ➔   _____
                                   Total face amount         doubtful or uncollectible amount

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.**   **Interests in insurance policies or annuities**

**USLI - Director's & Officers Insurance Policy - Policy Limit - Aggregate: $1,000,000; Each Claim: $1,000,000**                                          **$0.00**

**Fireman's Fund - Directors & Officers Insurance Policy - Policy Limit - Aggregate: $1,000,000**                                          **$0.00**

**Travelers - Employment Practices Liability Policy - Policy Limit: $2,000,000**                                          **$0.00**

**Hartford - General Liability Package - General Aggregate: $4,000,000; Products Completed Operations: $4,000,000; Personal & Advertising Injury: $2,000,000; Damages to Premises Rented to you: $1,000,000; Medical Expenses - per person: $2,000,000**                                          **$0.00**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Judgement Awarded in the amount of $205,640.17 (Carmen Michelle Carter Adv. No. 17-03446)**                                          **unknown**

Nature of claim          _____

Amount requested          **unknown**

**National Diversity Council v. R. Dennis Kennedy Southern District of Texas Case No.23-cv-01162**                                          **unknown**

Nature of claim          _____

Amount requested          **unknown**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor      **National Diversity Council**                                    Case number *(if known)* _____
                    Name

_____

**Nature of claim**        _____

**Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

_____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

_____

78.  **Total of Part 11**                                                          | $0.00 |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,652.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................... ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $119,652.63 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | | $119,652.63 |

Fill in this information to identify the case:

Debtor name __**National Diversity Council**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>b1 Bank<br><br>**Creditor's mailing address**<br>Po Box 1823<br>Lake Charles, LA 70602-1823<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | **Describe debtor's property that is subject to a lien**<br>All Accounts Receivable<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,000.00** | **$107,267.50** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$60,000.00**

Fill in this information to identify the case:

Debtor name **National Diversity Council**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Dawn Hooper**<br>**1320 Westmont Dr**<br>**Mckinney, TX 75072**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Employment Service Agreement**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $53,078.00 | $15,105.00 |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **National Diversity Council** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ACA

7777 Brewster Ave

Philadelphia, PA 19153-3261

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

**3.2** Nonpriority creditor's name and mailing address

Agile Cloud Consulting

276 5th Ave Ste 704-3080

New York, NY 10001-4509

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,743.75

**3.3** Nonpriority creditor's name and mailing address

Alchemy Consulting Group LLC

12712 W Lake Houston Pkwy Ste B-124

Houston, TX 77044-6467

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset?
☑ No
☐ Yes

$10,380.00

**3.4** Nonpriority creditor's name and mailing address

Armanino

PO Box 888285

Los Angeles, CA 90088

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,412.50

Debtor  **National Diversity Council**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Best Buy**

**7601 Penn Ave S**

**Minneapolis, MN 55423**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$550.00

---

**3.6** Nonpriority creditor's name and mailing address

**Capitol Corporate Services**

**1501 S. MoPac Expy Suite 220**

**Austin, TX 78746**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Registered Agent**

Is the claim subject to offset?
☑ No
☐ Yes

$130.00

---

**3.7** Nonpriority creditor's name and mailing address

**City of Farmington Hills**

**23600 Liberty Street**

**Farmington, MI 48335**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Classy, Inc.**

**815 E St # 121270**

**San Diego, CA 92101-6426**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Online Software**

Is the claim subject to offset?
☑ No
☐ Yes

$1,489.50

---

Debtor  **National Diversity Council**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,820.00 |
|---|---|---|---|

**Conway Consulting**

**1000 Meredith Drive Apt 1314**

**Pittsburgh, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Cross Country**

**6551 Park of Commerce Blvd**

**Boca Raton, FL 33487-8218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $440.00 |
|---|---|---|---|

**Dayton Children's Hospital**

**1 Childrens Plaza**

**Dayton, OH 45404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.87 |
|---|---|---|---|

**DEAF C.A.N.!**

**2111 Orchard Lake Road #101**

**Keego Harbor, MI 48320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor     **National Diversity Council**
Name                                                                    Case number *(if known)* _____

---

**Part 2:** Additional Page

| | 3.13 | | |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Dezenhall Resources, Ltd.**

**1201 Connecticut Avenue Suite 600**

**Washington, DC 20036**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Public Relations**
Basis for the claim: **Consulting**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,186.50

---

**3.14** Nonpriority creditor's name and mailing address

**Emory University**

**201 Dowman Dr**

**Atlanta, GA 30322**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,720.00

---

**3.15** Nonpriority creditor's name and mailing address

**Equitas Health**

**1105 Schrock Rd Ste 400**

**Columbus, OH 43229-1174**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,180.00

---

**3.16** Nonpriority creditor's name and mailing address

**Federal Reserve Bank of Chicago**

**230 S La Salle St**

**Chicago, IL 60604**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,225.00

---

Debtor  **National Diversity Council**
      Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,697.50
| | *Check all that apply.* |
| **First Data Merchant Services** | ☐ Contingent |
| **1600 Terrell Mill Rd SE Suite 400** | ☐ Unliquidated |
| **Marietta, GA 30067** | ☐ Disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   **0  8  8  9** | ☑ No |
| | ☐ Yes |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00
| | *Check all that apply.* |
| **Fox Chase Cancer Center (Temple Health)** | ☐ Contingent |
| **333 Cottman Avenue** | ☐ Unliquidated |
| **Philadelphia, PA 19111** | ☐ Disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,300.00
| | *Check all that apply.* |
| **G. Rickey LLC** | ☐ Contingent |
| **2745 Ordway St Nw Apt 5** | ☐ Unliquidated |
| **Washington, DC 20008-5060** | ☐ Disputed |
| | Social Media |
| | Basis for the claim:  **Consulting** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,680.00
| | *Check all that apply.* |
| **Global Citizen, LLC** | ☐ Contingent |
| **732 9th St # 521** | ☐ Unliquidated |
| **Durham, NC 27705-4803** | ☐ Disputed |
| | |
| | Basis for the claim:  **Professional Services** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |

Debtor  **National Diversity Council**
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

---

**3.21** Nonpriority creditor's name and mailing address

**Global Printing Solutions LLC**

**5114 Balcones Woods Dr. #306**

**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$2,522.51

---

**3.22** Nonpriority creditor's name and mailing address

**Gogo Business Aviation**

**105 Edgeview Dr Ste 300**

**Broomfield, CO 80021-8016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.23** Nonpriority creditor's name and mailing address

**Hanadi Inc.**

**6236 Chatham Way**

**Eden Prairie, MN 55346**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,600.00

---

**3.24** Nonpriority creditor's name and mailing address

**Hart & Laz Creative Solutions**

**1003 Lorraine Street**

**Philadelphia, PA 19116**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Labor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

Debtor    **National Diversity Council**
<br>Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,749.80 |
|---|---|---|---|

**Holland & Knight**

**P.O. Box 936937**

**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Legal Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,180.25 |
|---|---|---|---|

**Inspirus Consulting Inc**

**Po Box 4084**

**Cary, NC 27519-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,688.50 |
|---|---|---|---|

**Integris LLC**

**PO Box 674539**

**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Technology**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |
|---|---|---|---|

**Knowbe4**

**33 N Garden Ave Ste 1200**

**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **National Diversity Council**
          Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.29** Nonpriority creditor's name and mailing address

**Leidos**

**1750 Presidents St**

**Reston, VA 20190**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$699.00

---

**3.30** Nonpriority creditor's name and mailing address

**LJFF Hospitality LLC**

**3800 Embassy Pkwy Ste 360**

**Akron, OH 44333-8389**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Venues**

Is the claim subject to offset?
☑ No
☐ Yes

$553.50

---

**3.31** Nonpriority creditor's name and mailing address

**Luzilda C Arciniega**

**2258 Gill Village Way Apt 1013**

**San Diego, CA 92108**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00

---

**3.32** Nonpriority creditor's name and mailing address

**Marsh McLennan Agency**

**1166 Avenue of the Americas**

**New York, NY 10036-2708**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

Debtor   **National Diversity Council**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $302.00 |
| | **Marta** | *Check all that apply.* |
| | | ☐ Contingent |
| | **2424 Piedmont Road** | ☐ Unliquidated |
| | **Atlanta, GA 30324** | ☐ Disputed |
| | | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred  _____ | |
| | | **Is the claim subject to offset?** |
| | Last 4 digits of account number  __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,500.00 |
| | **Memorial Sloan Kettering** | *Check all that apply.* |
| | | ☐ Contingent |
| | **1275 York Avenue** | ☐ Unliquidated |
| | **New York, NY 10065** | ☐ Disputed |
| | | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred  _____ | |
| | | **Is the claim subject to offset?** |
| | Last 4 digits of account number  __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $15,750.00 |
| | **Moss Adams LLP** | *Check all that apply.* |
| | | ☐ Contingent |
| | **6565 Americas Pkwy Ne Ste 600** | ☐ Unliquidated |
| | **Albuquerque, NM 87110** | ☐ Disputed |
| | | |
| | | **Basis for the claim:** **Tax Services** |
| | Date or dates debt was incurred  _____ | |
| | | **Is the claim subject to offset?** |
| | Last 4 digits of account number  __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $37,153.00 |
| | **Nestle** | *Check all that apply.* |
| | | ☐ Contingent |
| | **Attn: Claims Dept** | ☐ Unliquidated |
| | **1812 N. Moore St.** | ☐ Disputed |
| | **Arlington, VA 22209** | |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred  _____ | |
| | | **Is the claim subject to offset?** |
| | Last 4 digits of account number  __ __ __ __ | ☑ No |
| | | ☐ Yes |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **National Diversity Council**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.37** Nonpriority creditor's name and mailing address

**Oakland Community Health Network**

**5505 Corporate Dr #2614**

**Troy, MI 48098**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$361.80

---

**3.38** Nonpriority creditor's name and mailing address

**One Call**

**1208 N Post Oak Suite #130**

**Houston, TX 77055**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,875.00

---

**3.39** Nonpriority creditor's name and mailing address

**Peckham Inc.**

**3510 Capital City Blvd**

**Lansing, MI 48906**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

**3.40** Nonpriority creditor's name and mailing address

**Primient**

**2200 E Eldorado St**

**Decatur, IL 62521**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

Debtor    **National Diversity Council**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address
**R. Dennis Kennedy, Jason Lee, Diversity &
Leadership, Inc., California Diversity Council**
**c/o Greenberg Traurig, P.A**
**1000 Louisiana St Ste 6700**
**Houston, TX 77002-6003**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.42** Nonpriority creditor's name and mailing address
**Rayonier**
**Po Box 43006**
**Providence, RI 02940-3006**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$2,875.00

---

**3.43** Nonpriority creditor's name and mailing address
**Riverside Health**
**701 Town Center Dr Ste 1000**
**Newport News, VA 23606-4286**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$550.00

---

**3.44** Nonpriority creditor's name and mailing address
**Sage Intacct**
**300 Park Avenue Suite 1400**
**San Jose, CA 95110**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Software**
Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor **National Diversity Council**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|------|-----|-----|-----|

**3.45** Nonpriority creditor's name and mailing address

**SAL Family and Community Services Welcoming Center**

**3800 Avenue of the Cities Ste 108**

**Moline, IL 61265-4424**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

**3.46** Nonpriority creditor's name and mailing address

**Salesforce, INC.**

**415 Mission St Fl 3**

**San Francisco, CA 94105-2504**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Technology**

Is the claim subject to offset?
☑ No
☐ Yes

$2,943.00

---

**3.47** Nonpriority creditor's name and mailing address

**Salesforce, INC.**

**415 Mason Street 3rd Floor**

**94106**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cloud based Software**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.48** Nonpriority creditor's name and mailing address

**SAP Concur**

**601 108th Avenue NE Suite 1000**

**Bellevue, WA 98004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cloud based Software**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **National Diversity Council** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |
|---|---|---|---|

**Servicon**

3965 Landmark St

Culver City, CA 90232

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |
|---|---|---|---|

**State of Vermont**

133 State St Ste 1

Montpelier, VT 05633-0003

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|---|

**SXSW**

Po Box 685289

Austin, TX 78768-5289

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 |
|---|---|---|---|

**TD SYNNEX**

44201 Nobel Drive

Fremont, CA 94538

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **National Diversity Council**                                    Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.53** | Nonpriority creditor's name and mailing address

**The Andersons, Inc.**

**Maumee, OH**

**PO Box 119**

**Maumee, OH 43537**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

---

**3.54** | Nonpriority creditor's name and mailing address

**The Cicotte Law Firm, PLLC**

**2803 Sarah Court**

**Kennewick, WA 99338**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Retirement Plan
Basis for the claim:  **Consulting**

Is the claim subject to offset?
☑ No
☐ Yes

$481.25

---

**3.55** | Nonpriority creditor's name and mailing address

**The City Of Dallas Park and Rec Dept.**

**1500 Marilla St**

**Dallas, TX 75201-6318**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

**3.56** | Nonpriority creditor's name and mailing address

**The Marlo Companies**

**22050 Eastside Drive Unit E406**

**Ashburn, VA 20147**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

Debtor   **National Diversity Council**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,360.00 |
|---|---|---|---|

**Total Engagement Consulting by Kimer, Inc**

4404 Pamlico Drive

Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Union Home Mortgage**

8241 Dow Cir

Strongsville, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,087.50 |
|---|---|---|---|

**Valerie Hooper**

1723 Loree Dr

Dallas, TX 75228-3622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,675.00 |
|---|---|---|---|

**Wendys**

1 Dave Thomas Blvd

Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **National Diversity Council**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,981.58**

**Willis Towers Watson US LLC**

**26555 Evergreen Rd Ste 1600**

**Southfield, MI 48076-4257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:**  **Professional Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$865.80**

**Wong Fleming**

**5 Concourse Pkwy Ste 3000**

**Atlanta, GA 30328-7106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:**  **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Zoom**

**55 S. Almaden Blvd. 6th Floor**

**San Jose, CA 95113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Basis for the claim:**  **Phones and Conferencing**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **National Diversity Council**

Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Conklin Sternfels Petty, PLLC**<br>**901 Heights Blvd**<br>**Houston, TX 77008** | Line **3.41**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor      **National Diversity Council**
            _____
            Name                                                Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$53,078.00** |
| 5b. | **Total claims from Part 2** | 5b. | + **$385,800.11** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$438,878.11** |

Fill in this information to identify the case:

Debtor name _____**National Diversity Council**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____   Chapter __**7**__

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Software Implementation Contract** | **Agile Cloud Consulting** |
| | | **Contract to be REJECTED** | **276 5th Ave Ste 704-3080** |
| | State the term remaining | **0 months** | **New York, NY 10001-4509** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Contract** | **Alchemy Consulting Group LLC** |
| | | **Contract to be REJECTED** | **12712 W Lake Houston Pkwy Ste B-124** |
| | State the term remaining | **0 months** | **Houston, TX 77044-6467** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Services Contract** | **Armanino** |
| | | **Contract to be REJECTED** | **PO Box 888285** |
| | State the term remaining | **0 months** | **Los Angeles, CA 90088** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent Contract** | **Capitol Corporate Services** |
| | | **Contract to be REJECTED** | **1501 S. MoPac Expy Suite 220** |
| | State the term remaining | **0 months** | **Austin, TX 78746** |
| | List the contract number of any government contract | | |

Debtor  **National Diversity Council**                                    Case number *(if known)* _____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Online Software Contract** | **Classy, Inc.** |
| | | **Contract to be REJECTED** | **815 E St # 121270** |
| | State the term remaining | **0 months** | **San Diego, CA 92101-6426** |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Contract** | **Conway Consulting** |
| | | **Contract to be REJECTED** | **1000 Meredith Drive Apt 1314** |
| | State the term remaining | **0 months** | **Pittsburgh, PA 15205** |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Contract** | **DEAF C.A.N.!** |
| | | **Contract to be REJECTED** | **2111 Orchard Lake Road #101** |
| | State the term remaining | **0 months** | **Keego Harbor, MI 48320** |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **Public Relations Consulting Contract** | **Dezenhall Resources, Ltd.** |
| | | **Contract to be REJECTED** | **1201 Connecticut Avenue Suite 600** |
| | State the term remaining | **0 months** | **Washington, DC 20036** |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **Social Media Consulting Contract** | **G. Rickey LLC** |
| | | **Contract to be REJECTED** | **2745 Ordway St Nw Apt 5** |
| | State the term remaining | **0 months** | **Washington, DC 20008-5060** |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Contract** | **Global Citizen, LLC** |
| | | **Contract to be REJECTED** | **732 9th St # 521** |
| | State the term remaining | **0 months** | **Durham, NC 27705-4803** |
| | List the contract number of any government contract | | |

Debtor   **National Diversity Council**                                    Case number *(if known)* _____
_____
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**
State what the contract or lease is for and the nature of the debtor's interest — **Supplies Vendor Contract**
**Contract to be REJECTED**
State the term remaining — **0 months**
List the contract number of any government contract — _____

**Global Printing Solutions LLC**
**5114 Balcones Woods Dr. #306**
**Austin, TX 78759**

**2.12**
State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Contract**
**Contract to be REJECTED**
State the term remaining — **0 months**
List the contract number of any government contract — _____

**Hanadi Inc.**
**6236 Chatham Way**
**Eden Prairie, MN 55346**

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — **Contract Labor Contract**
**Contract to be REJECTED**
State the term remaining — **0 months**
List the contract number of any government contract — _____

**Hart & Laz Creative Solutions**
**1003 Lorraine Street**
**Philadelphia, PA 19116**

**2.14**
State what the contract or lease is for and the nature of the debtor's interest — **Legal Services Contract**
**Contract to be REJECTED**
State the term remaining — **0 months**
List the contract number of any government contract — _____

**Holland & Knight**
**P.O. Box 936937**
**Atlanta, GA 31193**

**2.15**
State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Contract**
**Contract to be REJECTED**
State the term remaining — **0 months**
List the contract number of any government contract — _____

**Inspirus Consulting Inc**
**Po Box 4084**
**Cary, NC 27519-4084**

Debtor   **National Diversity Council**                                    Case number *(if known)* _____
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16**
State what the contract or lease is for and the nature of the debtor's interest — **Technology Contract**, **Contract to be REJECTED**

State the term remaining — **0 months**

List the contract number of any government contract — _____

**Integris LLC**
**PO Box 674539**
**Dallas, TX 75267**

**2.17**
State what the contract or lease is for and the nature of the debtor's interest — **Venues Contract**, **Contract to be REJECTED**

State the term remaining — **0 months**

List the contract number of any government contract — _____

**LJFF Hospitality LLC**
**3800 Embassy Pkwy Ste 360**
**Akron, OH 44333-8389**

**2.18**
State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Contract**, **Contract to be REJECTED**

State the term remaining — **0 months**

List the contract number of any government contract — _____

**Luzilda C Arciniega**
**2258 Gill Village Way Apt 1013**
**San Diego, CA 92108**

**2.19**
State what the contract or lease is for and the nature of the debtor's interest — **Tax Services Contract**, **Contract to be REJECTED**

State the term remaining — **0 months**

List the contract number of any government contract — _____

**Moss Adams LLP**
**6565 Americas Pkwy Ne Ste 600**
**Albuquerque, NM 87110**

**2.20**
State what the contract or lease is for and the nature of the debtor's interest — **Accounting Software Contract**, **Contract to be REJECTED**

State the term remaining — **0 months**

List the contract number of any government contract — _____

**Sage Intacct**
**300 Park Avenue Suite 1400**
**San Jose, CA 95110**

Debtor **National Diversity Council**
_____   Case number *(if known)* _____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.21**
State what the contract or lease is for and the nature of the debtor's interest   **Cloud based Software Contract**   **Salesforce, INC.**

**Contract to be REJECTED**   **415 Mission St Fl 3**

State the term remaining   **0 months**   **San Francisco, CA 94105-2504**

List the contract number of any government contract   _____

**2.22**
State what the contract or lease is for and the nature of the debtor's interest   **Technology Contract**   **Salesforce, INC.**

**Contract to be REJECTED**   **415 Mason Street 3rd Floor**

State the term remaining   **0 months**   **94106**

List the contract number of any government contract   _____

**2.23**
State what the contract or lease is for and the nature of the debtor's interest   **Cloud based Software Contract**   **SAP Concur**

**Contract to be REJECTED**   **601 108th Avenue NE Suite 1000**

State the term remaining   **0 months**   **Bellevue, WA 98004**

List the contract number of any government contract   _____

**2.24**
State what the contract or lease is for and the nature of the debtor's interest   **Retirement Plan Consulting Contract**   **The Cicotte Law Firm, PLLC**

**2803 Sarah Court**

**Contract to be REJECTED**   **Kennewick, WA 99338**

State the term remaining   **0 months**

List the contract number of any government contract   _____

**2.25**
State what the contract or lease is for and the nature of the debtor's interest   **Professional Services Contract**   **Total Engagement Consulting by Kimer, Inc**

**4404 Pamlico Drive**

**Contract to be REJECTED**   **Raleigh, NC 27609**

State the term remaining   **0 months**

List the contract number of any government contract   _____

Debtor **National Diversity Council**                                          Case number *(if known)* _____
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.26**

| State what the contract or lease is for and the nature of the debtor's interest | Professional Services Contract | Willis Towers Watson US LLC |
|---|---|---|
| | Contract to be REJECTED | 26555 Evergreen Rd Ste 1600 |
| State the term remaining | 0 months | Southfield, MI 48076-4257 |
| List the contract number of any government contract | | |

**2.27**

| State what the contract or lease is for and the nature of the debtor's interest | Legal Services Contract | Wong Fleming |
|---|---|---|
| | Contract to be REJECTED | 5 Concourse Pkwy Ste 3000 |
| State the term remaining | 0 months | Atlanta, GA 30328-7106 |
| List the contract number of any government contract | | |

**2.28**

| State what the contract or lease is for and the nature of the debtor's interest | Phones and Conferencing Vendor Contract | Zoom |
|---|---|---|
| | Contract to be REJECTED | 55 S. Almaden Blvd. 6th Floor |
| State the term remaining | 0 months | San Jose, CA 95113 |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **National Diversity Council**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor     **National Diversity Council**                                         Case number (if known)  _____
           Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **National Diversity Council**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................. | **$119,652.63**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................... | **$119,652.63**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | **$60,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | **$53,078.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+ $385,800.11**

4. **Total liabilities**...................................................................................................... | **$498,878.11**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     **National Diversity Council**

United States Bankruptcy Court for the:

    **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,407,771.00 |
| **For the year before that:** | From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,069,592.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

| Debtor | **National Diversity Council** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2">List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **b1 Bank**<br>Creditor's name<br>**Po Box 1823**<br>Street<br><br>**Lake Charles, LA 70602-1823**<br>City                State      ZIP Code | **01/16/2025**<br><br>**12/09/2024** | **$9,098.72** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. **Sage Intacct**<br>Creditor's name<br>**300 Park Avenue Suite 1400**<br>Street<br><br>**San Jose, CA 95110**<br>City                State      ZIP Code | **01/17/2025**<br><br>**12/12/2024** | **$14,578.70** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dawn Hooper**<br>Creditor's name<br>**1320 Westmont Dr**<br>Street<br><br>**Mckinney, TX 75072**<br>City                State      ZIP Code<br><br>**Relationship to debtor**<br>**Contract Interim ED and CFO** | **12/31/2024**<br><br>**12/03/2024**<br><br>**03/14/2025** | **$5,649.80** | **Professional Services** |

Debtor  **National Diversity Council**

Name                                                                        Case number *(if known)*

---

4.2. | **Dawn Advisory Services** | __03/01/2025__ | __$4,721.90__ | **Professional Services** |

Creditor's name

**1320 Westmont Dr**        __02/02/2025__

Street

**Mckinney, TX 75072**

City                          State      ZIP Code

| Relationship to debtor |

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City            State      ZIP Code | | | |

---

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| Street | XXXX– __ __ __ __ | | |
| City            State      ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

---

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

---

Debtor   **National Diversity Council**       Case number *(if known)*
Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**National Diversity Council
v. R. Dennis Kennedy**

**Trademark Infringement**

**U.S. District Court Southern District of
Texas, Houston Division**
Name

**515 Rusk Avenue**
Street

**Bob Casey United States Courthouse**

**Houston, TX 77002**
City      State    ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

**Case number**

**23-cv-01162**

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City      State    ZIP Code

Case title

Case number

Date of order or assignment

Court name and address

Name

Street

City      State    ZIP Code

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City      State    ZIP Code

Recipient's relationship to debtor

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor  **National Diversity Council**                                      Case number *(if known)* _____

| | | | |
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **TRAN SINGH, LLP** | **Attorney's Fee, Filing Fee, Due Diligence** | **03/10/2025** | **$10,938.00** |

Address

**2502 La Branch St.**
Street

_____

**Houston, TX 77004**
City                State     ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | | |
| | Trustee | | | |
| | _____ | | | |

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page 5

Debtor  **National Diversity Council**
Name
Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **447 Broadway Fl 2**<br>Street<br><br>**New York, NY 10013-2562**<br>City            State    ZIP Code | From **10/2023**  To **03/2025** |
| 14.1. **1301 Regents Park Dr Ste 210**<br>Street<br><br>**Houston, TX 77058-2536**<br>City            State    ZIP Code | From _____  To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **National Diversity Council**                                          Case number *(if known)*
_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____        _____        _____

Facility name

_____        | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |

Street

_____        _____        *Check all that apply:*

City            State    ZIP Code        _____        ☐ Electronically

☐ Paper

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____        EIN:  _ _ — _ _ _ _ _ _ _

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  **b1 Bank**<br>Name<br>**Po Box 1823**<br>Street<br><br>**Lake Charles, LA 70602-1823**<br>City      State    ZIP Code | XXXX– **0  0  8  4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **10/16/2024** | **$0.00** |

---

Debtor    **National Diversity Council**                                    Case number *(if known)* _____
_____
Name

18.2  **b1 Bank**                         XXXX–**8** _ **7** _ **3** _ **5**    ☑ Checking         **10/11/2024**        **$0.00**
_____
Name

**Po Box 1823**                                          ☐ Savings
_____
Street                                                   ☐ Money market

_____                        ☐ Brokerage

**Lake Charles, LA 70602-1823**                          ☐ Other
_____
City            State    ZIP Code                                 _____

18.3  **Comerica Bank**                   XXXX–**8** _ **3** _ **0** _ **7**    ☐ Checking         **09/30/2024**        **$0.00**
_____
Name

**P.O Box 71203**                                        ☑ Savings
_____
Street                                                   ☐ Money market

_____                        ☐ Brokerage

**Philadelphia, PA 19176**                               ☐ Other
_____
City            State    ZIP Code                                 _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City            State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City            State    ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor   **National Diversity Council**                                                   Case number *(if known)* _____
     Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | _____ | _____ | _____ |
| Street | _____ | _____ | |
| | _____ | _____ | |
| City                State    ZIP Code | | _____ | |

---

**Part 12:**   Details About Environmental Information

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ☑ No

  ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City              State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ☑ No

  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City            State    ZIP Code | City              State   ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ☑ No

  ☐ Yes. Provide details below.

Debtor  **National Diversity Council**                                        Case number *(if known)*
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Dawn Advisory Services**<br>Name<br>**1320 Westmont Dr**<br>Street<br><br>**Mckinney, TX 75072-3963**<br>City          State          ZIP Code | From **1/01/2025**   To **Current** |
| Name and address | Dates of service |
| 26a.2. **Valerie Hooper**<br>Name<br>**1723 Loree Dr**<br>Street<br><br>**Dallas, TX 75228-3622**<br>City          State          ZIP Code | From **08/01/2024**  To **09/17/2024** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor  **National Diversity Council**
_____
Name

Case number *(if known)* _____

| Name and address | Dates of service |
|---|---|
| 26b.1.  **b1 Bank** | From _____ To _____ |
| Name | |
| **Po Box 1823** | |
| Street | |
| | |
| **Lake Charles, LA 70602-1823** | |
| City                State                ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City                State                ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                State                ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                State                ZIP Code |

Debtor  **National Diversity Council**                                    Case number *(if known)* _____
       Name

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Rodney Morris | | Member, Board of Directors | 0.00% |
| Aryeh Lehrer | | Member, Board of Directors | 0.00% |
| Donnell White | | Member, Board of Directors | 0.00% |
| Elizabeth Campbell | | Member, Board of Directors | 0.00% |
| James Taylor | | Member, Board of Directors | 0.00% |
| Jami de Lou | | Member, Board of Directors | 0.00% |
| Juan Suarez III | | Member, Board of Directors | 0.00% |
| Kathleen Navarro | | Member, Board of Directors | 0.00% |
| Laurie Chamberlin | | Member, Board of Directors | 0.00% |
| Michelle Thompson-Dolberry | | Member, Board of Directors | 0.00% |
| Shelina Henry | | Member, Board of Directors | 0.00% |
| Dawn Hooper | | Contract Interim ED and CFO, Assisting the Board | 0.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ <br> Name | _____ | _____ | _____ |
| _____ <br> Street | | | |
| _____ | | | |
| _____ <br> City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor   **National Diversity Council**                                                    Case number *(if known)*
                Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __03/17/2025__
                    MM/  DD/  YYYY

**X** **/s/ Dawn Hooper**                              Printed name        **Dawn Hooper**
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Contracted Interim ED & CFO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**National Diversity Council**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**Southern District of Texas**</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dawn Hooper<br>1320 Westmont Dr<br>Mckinney, TX 75072 | | Employment Service Agreement | | | | $53,078.00 |
| 2 | Integris LLC<br>PO Box 674539<br>Dallas, TX 75267 | | Technology | | | | $49,688.50 |
| 3 | Nestle<br>Attn: Claims Dept<br>1812 N. Moore St.<br>Arlington, VA 22209 | | | | | | $37,153.00 |
| 4 | Willis Towers Watson US LLC<br>26555 Evergreen Rd Ste 1600<br>Southfield, MI 48076-4257 | | Professional Services | | | | $21,981.58 |
| 5 | Agile Cloud Consulting<br>276 5th Ave Ste 704-3080<br>New York, NY 10001-4509 | | | | | | $21,743.75 |
| 6 | City of Farmington Hills<br>23600 Liberty Street<br>Farmington, MI 48335 | | | | | | $20,000.00 |
| 7 | One Call<br>1208 N Post Oak Suite #130<br>Houston, TX 77055 | | | | | | $18,875.00 |
| 8 | Emory University<br>201 Dowman Dr<br>Atlanta, GA 30322 | | | | | | $18,720.00 |

Debtor   **National Diversity Council**
_____   Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Inspirus Consulting Inc<br>Po Box 4084<br>Cary, NC 27519-4084 | | Professional Services | | | | $16,180.25 |
| 10 Moss Adams LLP<br>6565 Americas Pkwy Ne Ste 600<br>Albuquerque, NM 87110 | | Tax Services | | | | $15,750.00 |
| 11 Wendys<br>1 Dave Thomas Blvd<br>Dublin, OH 43017 | | | | | | $15,675.00 |
| 12 Knowbe4<br>33 N Garden Ave Ste 1200<br>Clearwater, FL 33755 | | | | | | $14,500.00 |
| 13 Dezenhall Resources, Ltd.<br>1201 Connecticut Avenue Suite 600<br>Washington, DC 20036 | | Public Relations Consulting | | | | $13,186.50 |
| 14 Alchemy Consulting Group LLC<br>12712 W Lake Houston Pkwy Ste B-124<br>Houston, TX 77044-6467 | | Professional Services | | | | $10,380.00 |
| 15 Hanadi Inc.<br>6236 Chatham Way<br>Eden Prairie, MN 55346 | | Professional Services | | | | $7,600.00 |
| 16 Conway Consulting<br>1000 Meredith Drive Apt 1314<br>Pittsburgh, PA 15205 | | Professional Services | | | | $6,820.00 |
| 17 First Data Merchant Services<br>1600 Terrell Mill Rd SE Suite 400<br>Marietta, GA 30067 | | | | | | $6,697.50 |
| 18 Holland & Knight<br>P.O. Box 936937<br>Atlanta, GA 31193 | | Legal Services | | | | $5,749.80 |
| 19 Cross Country<br>6551 Park of Commerce Blvd<br>Boca Raton, FL 33487-8218 | | | | | | $5,500.00 |
| 20 Union Home Mortgage<br>8241 Dow Cir<br>Strongsville, OH 44136 | | | | | | $5,500.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**      National Diversity Council

Case No. _____

**Debtor**                                                                          Chapter _____ **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... **$10,500.00**

Prior to the filing of this statement I have received .................................................................... **$10,500.00**

Balance Due .................................................................................................................................. **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

A. Representation of the Debtor in any state law matter

B. Representation in any adversary hearing or response filed hereto, including but not limited to, motion to lift the automatic stay, motions to dismiss the bankruptcy, motions to modify, motions to convert the bankruptcy from one chapter to another (except those items specifically listed in Section A titled "Services to be Provided."

C. Representation in any contested matter, the subject of which is extraordinary in the context of chapter 7 cases in the United States Bankruptcy Court for the Southern District of Texas

D. Representation in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor

E. Except as specifically delineated in Section A titled "Services to be Provided," representation on matters for which the first hearing is set more than 120 days following confirmation

F. Post-petition complaints or hearing of any adversarial nature

G. Any phone calls, letters, legal research, work correspondence, or any other legal services required to amend or revise the bankruptcy petition or schedules (except those services listed under a fixed fee agreement)

H. All hearings, depositions, or creditors' meetings (other than the first creditor's meeting and those items included in the fixed fee arrangement)

I. Removal of liens. Liens may remain after discharge to both personal and real property. A court filing, motion and hearing may be required in both bankruptcy court and state court. Client is hereby advised that the fixed fee arrangement does not cover the cost of removing any personal or real property liens which are not automatically removed by the discharge. Liens attach to both personal and real property and a bankruptcy filing does not automatically remove liens. Liens generally remain on the property even though a bankruptcy has been filed. A separate action and filing is generally required to remove any personal or real property liens that may exist and must be filed with the bankruptcy court and done prior to a discharge; there will be a separate charge and cost if client desires this work. Client is advised that a separate application and procedure and hearing may be required to remove any abstract of judgment liens which may be filed against the client notwithstanding the bankruptcy court discharge order that the client may receive. The client may need to retain this attorney or another attorney after the bankruptcy is completed in order to remove abstract of judgment liens.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/17/2025 | /s/ Susan Tran Adams |
|---|---|
| *Date* | Susan Tran Adams |
| | *Signature of Attorney* |

Bar Number: 24075648
TRAN SINGH, LLP
2502 La Branch St.
Houston, TX 77004
Phone: (832) 975-7300

**TRAN SINGH, LLP**

*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **National Diversity Council**                                      CASE NO

                                                                           CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **03/17/2025**          Signature _____**/s/ Dawn Hooper**_____

                                              Dawn Hooper , Contracted Interim ED & CFO

ACA
7777 Brewster Ave
Philadelphia, PA 19153-3261

Agile Cloud Consulting
276 5th Ave Ste 704-3080
New York, NY 10001-4509

Alchemy Consulting Group LLC
12712 W Lake Houston Pkwy Ste B-124
Houston, TX 77044-6467

Armanino
PO Box 888285
Los Angeles, CA 90088

b1 Bank
Po Box 1823
Lake Charles, LA 70602-1823

Best Buy
7601 Penn Ave S
Minneapolis, MN 55423

Capitol Corporate Services
1501 S. MoPac Expy Suite 220
Austin, TX 78746

City of Farmington Hills
23600 Liberty Street
Farmington, MI 48335

Classy, Inc.
815 E St # 121270
San Diego, CA 92101-6426


Conklin Sternfels Petty, PLLC
901 Heights Blvd
Houston, TX 77008


Conway Consulting
1000 Meredith Drive Apt 1314
Pittsburgh, PA 15205


Cross Country
6551 Park of Commerce Blvd
Boca Raton, FL 33487-8218


Dawn Hooper
1320 Westmont Dr
Mckinney, TX 75072


Dayton Children's Hospital
1 Childrens Plaza
Dayton, OH 45404


DEAF C.A.N.!
2111 Orchard Lake Road #101
Keego Harbor, MI 48320


Dezenhall Resources, Ltd.
1201 Connecticut Avenue Suite 600
Washington, DC 20036

Emory University
201 Dowman Dr
Atlanta, GA 30322


Equitas Health
1105 Schrock Rd Ste 400
Columbus, OH 43229-1174


Federal Reserve Bank of Chicago
230 S La Salle St
Chicago, IL 60604


First Data Merchant Services
1600 Terrell Mill Rd SE Suite 400
Marietta, GA 30067


Fox Chase Cancer Center (Temple
Health)
333 Cottman Avenue
Philadelphia, PA 19111


G. Rickey LLC
2745 Ordway St Nw Apt 5
Washington, DC 20008-5060


Global Citizen, LLC
732 9th St # 521
Durham, NC 27705-4803


Global Printing Solutions LLC
5114 Balcones Woods Dr. #306
Austin, TX 78759

Gogo Business Aviation
105 Edgeview Dr Ste 300
Broomfield, CO 80021-8016


Hanadi Inc.
6236 Chatham Way
Eden Prairie, MN 55346


Hart & Laz Creative Solutions
1003 Lorraine Street
Philadelphia, PA 19116


Holland & Knight
P.O. Box 936937
Atlanta, GA 31193


Inspirus Consulting Inc
Po Box 4084
Cary, NC 27519-4084


Integris LLC
PO Box 674539
Dallas, TX 75267


Knowbe4
33 N Garden Ave Ste 1200
Clearwater, FL 33755


Leidos
1750 Presidents St
Reston, VA 20190

LJFF Hospitality LLC
3800 Embassy Pkwy Ste 360
Akron, OH 44333-8389


Luzilda C Arciniega
2258 Gill Village Way Apt 1013
San Diego, CA 92108


Marsh McLennan Agency
1166 Avenue of the Americas
New York, NY 10036-2708


Marta
2424 Piedmont Road
Atlanta, GA 30324


Memorial Sloan Kettering
1275 York Avenue
New York, NY 10065


Moss Adams LLP
6565 Americas Pkwy Ne Ste 600
Albuquerque, NM 87110


Nestle
Attn: Claims Dept
1812 N. Moore St.
Arlington, VA 22209


Oakland Community Health
Network
5505 Corporate Dr #2614
Troy, MI 48098

One Call
1208 N Post Oak Suite #130
Houston, TX 77055


Peckham Inc.
3510 Capital City Blvd
Lansing, MI 48906


Primient
2200 E Eldorado St
Decatur, IL 62521


R. Dennis Kennedy, Jason Lee,
Diversity & Leadership, Inc.,
California Diversity Council
c/o Greenberg Traurig, P.A
1000 Louisiana St Ste 6700
Houston, TX 77002-6003

Rayonier
Po Box 43006
Providence, RI 02940-3006


Resnick & Louis, P.C.
c/o Rhonda M. Mills
8620 N New Braunfels Ave Ste N416
San Antonio, TX 78217-4000


Riverside Health
701 Town Center Dr Ste 1000
Newport News, VA 23606-4286


Sage Intacct
300 Park Avenue Suite 1400
San Jose, CA 95110

SAL Family and Community
Services Welcoming Center
3800 Avenue of the Cities Ste 108
Moline, IL 61265-4424


Salesforce, INC.
415 Mission St Fl 3
San Francisco, CA 94105-2504


Salesforce, INC.
415 Mason Street 3rd Floor
94106


SAP Concur
601 108th Avenue NE Suite 1000
Bellevue, WA 98004


Servicon
3965 Landmark St
Culver City, CA 90232


State of Vermont
133 State St Ste 1
Montpelier, VT 05633-0003


SXSW
Po Box 685289
Austin, TX 78768-5289


TD SYNNEX
44201 Nobel Drive
Fremont, CA 94538

The Andersons, Inc.
Maumee, OH
PO Box 119
Maumee, OH 43537


The Cicotte Law Firm, PLLC
2803 Sarah Court
Kennewick, WA 99338


The City Of Dallas Park and Rec
Dept.
1500 Marilla St
Dallas, TX 75201-6318


The Marlo Companies
22050 Eastside Drive Unit E406
Ashburn, VA 20147


Total Engagement Consulting by
Kimer, Inc
4404 Pamlico Drive
Raleigh, NC 27609


Union Home Mortgage
8241 Dow Cir
Strongsville, OH 44136


Valerie Hooper
1723 Loree Dr
Dallas, TX 75228-3622


Wendys
1 Dave Thomas Blvd
Dublin, OH 43017

Willis Towers Watson US LLC
26555 Evergreen Rd Ste 1600
Southfield, MI 48076-4257


Wong Fleming
5 Concourse Pkwy Ste 3000
Atlanta, GA 30328-7106


Zoom
55 S. Almaden Blvd. 6th Floor
San Jose, CA 95113